# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JUDITH ELLUL,

    Plaintiff,

v.                                    Case No.    2:05-CV-74354

COMMISSIONER OF SOCIAL SECURITY,        Honorable Arthur J. Tarnow
                                                      Magistrate Judge Paul J. Komives

    Defendant.
_____/

### ORDER ADOPTING THE REPORT AND RECOMMENDATION [32]; AND GRANTING PLAINTIFF'S MOTION FOR ATTORNEY FEES [28]

There having been no objection to Magistrate Judge Komives's Report and Recommendation filed July 2, 2008, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Komives is ADOPTED.

IT IS FURTHER ORDERED that the Plaintiff's Motion for Attorney Fees is GRANTED in the amount of $3,698.19.

SO ORDERED.

                                              S/ARTHUR J. TARNOW
                                              Arthur J. Tarnow
                                              United States District Judge

Dated: August 8, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 8, 2008, by electronic and/or ordinary mail.

                                              S/THERESA E. TAYLOR
                                              Case Manager