UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH ELLUL,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.
_____/

Case No. 05-74354

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
PAUL J. KOMIVES

## ORDER ADOPTING THE MAGISTRATE JUDGE'S OPINION AND ORDER [40] GRANTING PLAINTIFF'S MOTION FOR AUTHORIZATION OF ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b) [34]

On August 18, 2009, Magistrate Judge Komives issued an Opinion and Order [40] granting Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) [34]. No objections were filed.

The Court has reviewed the record in this case.

The Opinion and Order of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b) [34] is **GRANTED.**

      **SO ORDERED.**

05-74354

S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated: October 8, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 8, 2009, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager